**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**AT BECKLEY**


QUANTEL SAUNDERS,

      Plaintiff,

v.                                                    CIVIL ACTION NO. 5:25-cv-00560

CO MILLS and
CO AYERS *(SHU 1)* and
CO SCARBRO and
LT BAILEY and
CO MCQUADE and
CO PRIVETE and
CO BIILINGS and
CO CONNER and
CO KEENAN and
CO KINKAIN and
CO JOHNSON and
CO MULLINS and
CO WARD and
CO DOTSON and
CO LAW and
CO WOODS and
CO BERRY and
CO PENNINGTON and
CO FARRISH and
WARDEN HOLZAPFEL and
ASS WARDEN HOWELL and
CAPT METZGER and
UNIT MANAGER SMITH and
CASE MANAGER MCCOY and
HEAD R & D/MAIL ROOM HILL and
COUNSELOR HUMPHERIES and
LT BAILEY and
SIS DUNCAN and
SIS SWEENY and
SIS STINNETT and
SIS DENNY, *In their Individual Capacity and Official Capacity*,

      Defendants.

## ORDER

Pending are Plaintiff Quantel Saunders' Application to Proceed Without Prepayment of Fees or Costs [Doc. 1] and Complaint [Doc. 2], seeking relief pursuant to *Bivens v. Six Unknown Federal Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), both filed September 22, 2025. This action was previously referred to the Honorable Omar J. Aboulhosn, United States Magistrate Judge, for submission of proposed findings and a recommendation ("PF&R"). Magistrate Judge Aboulhosn filed his PF&R on January 16, 2026. Magistrate Judge Aboulhosn recommended that the Court deny Mr. Saunders' Application to Proceed Without Prepayment of Fees or Costs, dismiss Mr. Saunders' Complaint, and remove this matter from the docket.

The Court need not review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140 (1985); *see also* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations *to which objection is made*." (emphasis added)). Failure to file timely objections constitutes a waiver of de novo review and the Petitioner's right to appeal the Court's order. *See* 28 U.S.C. § 636(b)(1); *see also United States v. De Leon-Ramirez*, 925 F.3d 177, 181 (4th Cir. 2019) (Parties may not typically "appeal a magistrate judge's findings that were not objected to below, as § 636(b) doesn't require de novo review absent objection."); *Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989). Further, the Court need not conduct de novo review when a party "makes general and conclusory objections that do not direct the Court to a specific error in the magistrate's proposed findings and recommendations." *Orpiano*

2

*v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982). Objections in this case were due on April 13, 2026.[1]

No objections were filed.

Accordingly, the Court **ADOPTS** the PF&R [**Doc. 9**], **DENIES** Mr. Saunders' Application to Proceed Without Prepayment of Fees or Costs [**Doc. 1**], **DISMISSES** Mr. Saunders' Complaint [**Doc. 2**], and **REMOVES** the matter from the docket.

The Court directs the Clerk to transmit a copy of this Order to any counsel of record and any unrepresented party.

ENTER:  May 5, 2026



Frank W. Volk
Chief United States District Judge

---

[1] On February 11, 2026, the Court granted Mr. Saunders' a sixty-day extension to file his objections. [Doc 11].

3